# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

STEVEN CHESTER POPE,

        Petitioner,

v.

DANIEL HOLBROOK,

        Respondent.

CASE NO. C17-5679 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus (Dkt. 6) is **DENIED without prejudice**;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 3rd day of May, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER